**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6881**

| | |
|---|---|
| In the Matter of<br><br>Group One Trading LP,<br>　　　　Plaintiff,<br>v.<br>Lauren DeLuca, et al.,<br>　　　　Defendants | Case Number:<br><br><br><br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Group One Trading LP

| |
|---|
| NAME (Type or print)<br>Daniel A. Kaufman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　s/ Daniel A. Kaufman |
| FIRM<br>Michael Best & Friedrich LLP |
| STREET ADDRESS<br>Two Prudential Plaza, 180 North Stetson, Suite 2000 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194714 | (312) 836-5077 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐