FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Group One Trading LP, <br><br> Plaintiff, <br><br> v. <br><br> Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd, <br><br> Defendants. | No. <br><br> **07 C 6881** <br><br> **JUDGE KENDALL** <br> **MAGISTRATE JUDGE COX** |

**PLAINTIFF GROUP ONE TRADING LP'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Group One Trading LP ("Group One), pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Group One does not have a parent corporation and no publicly held corporation owns 10% or more of Group One's stock.

Dated: December 6, 2007

Respectfully submitted,

Group One Trading LP, Plaintiff

By: /s/Daniel A. Kaufman
One Of Its Attorneys

Daniel A. Kaufman
Laura Shroyer Liss
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, Illinois 60601
Telephone: (312) 222-0800
Facsimile: (312) 222-0818
Firm No.: 16519