IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Group One Trading LP,<br><br>        Plaintiff,<br><br>v.<br><br>Lauren DeLuca, Lawrence Spieldenner,<br>John Superson and Stanton Todd,<br><br>        Defendants. | No. 07 CV 6881<br><br>Honorable Virginia M. Kendall<br><br>Magistrate Judge Susan E. Cox |

**PLAINTIFF GROUP ONE'S EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND
PERMANENT INJUNCTION AGAINST
DEFENDANTS, LAUREN DELUCA, LAWRENCE SPIELDENNER,
JOHN SUPERSON, AND STANTON TODD**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Group One Trading LP ("Group One") hereby moves for a Temporary Restraining Order and Preliminary and Permanent Injunction against Defendants, Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd ("Defendants"), who are causing irreparable harm to Group One.[1] In support of this Motion, Group One submits Plaintiff's Brief in Support of Motion for Temporary Restraining Order and Preliminary and Permanent Injunction.

The Brief demonstrates that Group One is entitled to a Temporary Restraining Order and a Preliminary and Permanent Injunction against Defendants.

WHEREFORE, Group One requests that this Court enter judgment against Defendants awarding:

---

[1] In conjunction with the filing of this action, Group One is filing a demand for arbitration in California pursuant to the arbitration provisions in Defendants' Employment Agreements. Group One seeks this injunctive relief pending arbitration. *See American Food & Vending Corp. v. UPS Oasis Supply Corp.*, 2003 U.S. Dist. LEXIS 1464, *7 (7th Cir. 2003); *IDS Life Insurance Co. v. SunAmerica, Inc.*, 103 F.3d 524, 527 (7th Cir. 1996); *Gateway E. Ry. V. Terminal R. R. Ass'n*, 35 F.3d 1134, 1141 (7th Cir. 1994); *Merrill Lynch v. Salvano*, 999 F.2d 211, 212 (7th Cir. 1993); *Sauer-Getriebe KG v. White Hydraulics, Inc.*, 715 F.2d 348, 351 (7th Cir. 1983).

A. injunctive and equitable relief;

B. a temporary restraining order and preliminary and permanent injunction requiring Defendants, their officers, agents, employees and all persons acting in concert with them, to return to Group One all of the property rightfully belonging to Group One that is in Defendants' possession or under their control, including, but not limited to, all documents, materials, computer folders and files, and other data or information stored in any form whatsoever that they obtained from Group One or by virtue of their employment with Group One;

C. a temporary restraining order and preliminary and permanent injunction enjoining Defendants, their officers, agents, employees and all persons acting in concert with them, from directly and indirectly possessing, using or disclosing Group One's copyrighted works, trade secrets, and confidential and proprietary information;

D. a temporary restraining order and preliminary and permanent injunction enjoining Defendants, their officers, agents, employees and all persons acting in concert with them, for one (1) year from the date of the order, from directly or indirectly, hiring, soliciting or encouraging to terminate or alter a relationship with Group One, any employee, agent, independent contractor, client, supplier, customer or consultant of Group One;

E. a temporary restraining order and preliminary and permanent injunction requiring Defendants, their officers, agents, employees and all persons acting in concert with them, to make available to Group One or its representatives any computer hard-drive or other electronic storage device in Defendants' custody or control for Group One's inspection and examination;

F. a temporary restraining order and preliminary and permanent injunction requiring Defendants to account for and pay to Group One all gains, profits and savings derived from their illegal conduct;

    G.    costs of suit, including attorneys' fees, and interest; and

    H.    such other relief as the Court may deem just and equitable.

Dated this 6th day of December, 2007.

                Respectfully submitted,

                Group One Trading LP, Plaintiff

                By:  /s/Daniel A. Kaufman
                      One Of Its Attorneys

MICHAEL BEST & FRIEDRICH LLP
Daniel A. Kaufman
Laura Shroyer Liss
180 North Stetson Avenue
Chicago, Illinois 60601
Phone: 312-222-0800
Fax: 312-222-0818

## **CERTIFICATE OF SERVICE**

I, the undersigned, a non-attorney, certify that I caused a copy of the foregoing *Notice of Motion and Plaintiff, Group One's Emergency Motion For A Temporary Restraining Order and Preliminary and Permanent Injunction Against Defendants, Lauren DeLuca, Lawrence Spieldenner, John Superson, and Stanton Todd, and Plaintiff Group One's Brief in Support of Its Motion For A Temporary Restraining Order and Preliminary and Permanent Injunction*, to be served via messenger upon:

>John D. Ruark
>Lawrence, Kamin, Saunders & Uhlenhop LLC
>300 South Wacker Drive
>Suite 500
>Chicago, IL  60606

Dated: December 6, 2007

_____
Meg Piscitelli