IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Group One Trading LP,<br><br>  Plaintiff,<br><br>v.<br><br>Lauren DeLuca, Lawrence Spieldenner,<br>John Superson and Stanton Todd,<br><br>  Defendants. | No. 07 CV 6881<br><br>Honorable Virginia M. Kendall<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

To:  John D. Ruark
  Lawrence, Kamin, Saunders & Uhlenhop LLC
  300 South Wacker Drive
  Suite 500
  Chicago, IL  60606

PLEASE TAKE NOTICE that on December 7, 2007 at 2:00 p.m., the undersigned will appear before Judge Virginia M. Kendall in Courtroom 2319 in the above-referenced Court, Chicago, Illinois, and then and there present the foregoing *Plaintiff Group One's Emergency Motion For A Temporary Restraining Order and Preliminary and Permanent Injunction Against Defendants, Lauren DeLuca, Lawrence Spieldenner, John Superson, and Stanton Todd,* copies of which are hereby served upon you.

Dated:  December 6, 2007

Respectfully submitted,

Group One Trading LP, Plaintiff

By:  /s/ Daniel A. Kaufman
  One of Its Attorneys

Daniel A. Kaufman
Laura Shroyer Liss
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818