IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Group One Trading LP, | |
| Plaintiff, | No. 07 CV 6881 |
| v. | Honorable Virginia M. Kendall |
| Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd, | Magistrate Judge Susan E. Cox |
| Defendants. | |

# EXHIBIT B

**Exhibit B to Group One's Brief in Support of its Emergency Motion for a Temporary Restraining Order and Preliminary and Permanent Injunction, as well as the attached exhibits, have been withheld pending the Court's ruling on Group One's Motion for Protective Order.**