## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6881 | **DATE** | 12/7/2007 |
| **CASE TITLE** | Group One Trading LP vs. DeLuca et al | | |

**DOCKET ENTRY TEXT**

Hearing on motion for Emergency Temporary Restraining Order held, motion is denied. Defendants are ordered to preserve information contained on personal computers, and to create mirror images of the contents within 21 days.

Plaintiff's Motion for expedited discovery is entered and continued to 12/12/07 at 9:00 a.m. Defendant's Motion to dismiss / stay is entered and continued to 1/10/08 at 9:00 am; Supplemental brief due 12/14/07. Response due 12/21/07. Reply due 12/28/07.

Notices mailed by Judicial staff.

2:00

| | Courtroom Deputy Initials: | KW |
|---|---|---|