IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Group One Trading LP, <br><br> Plaintiff, <br><br> v. <br><br> Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd, <br><br> Defendants. | No. 07 CV 6881 <br><br> Honorable Virginia M. Kendall <br><br> Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

To: John D. Ruark
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive
Suite 500
Chicago, IL 60606

PLEASE TAKE NOTICE that on December 13, 2007 at 9:00 a.m., or as soon as counsel may be heard, the undersigned will appear before Judge Virginia M. Kendall in Courtroom 2319 in the above-referenced Court, Chicago, Illinois, and then and there present the foregoing *Plaintiff Group One's Motion for Entry of a Protective Order,* copies of which are hereby served upon you.

Dated: December 7, 2007

Respectfully submitted,

Group One Trading LP, Plaintiff

By: /s/ Daniel A. Kaufman
One of Its Attorneys

Daniel A. Kaufman
Laura Shroyer Liss
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818