C.H.

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Group One Trading, LP<br>v.<br>Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd | Case Number: 07 CV 6881<br><br>07 cv 6881 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lauren DeLuca, Lawrence Spieldenner, John Superson and Stanton Todd

FILED
Dec 7 2007
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Charles J. Risch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| Lawrence, Kamin, Saunders & Uhlenhop, LLC |

| STREET ADDRESS |
|---|
| 300 South Wacker Drive, Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06183465 | 312-372-1947 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐