UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Group One Trading LP
                              Plaintiff,
v.                                         Case No.: 1:07−cv−06881
                                           Honorable Virginia M. Kendall
Lauren DeLuca, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

    MINUTE entry before Judge Virginia M. Kendall : Based on the stipulation of the parties, the briefing schedule on the Motion to dismiss and compel arbitration [19] is vacated and the motion is denied without prejudice. Discovery is ordered stayed until 1/10/2008 at 09:00 AM, at which time the parties will report on the progress of any settlement. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.