## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Group One Trading LP

                Plaintiff,

v.                                           Case No.: 1:07−cv−06881
                                             Honorable Virginia M. Kendall

Lauren DeLuca, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Status hearing held. Parties are ordered to meet and confer and to comply with Judge Kendall's standing order regarding Electronic discovery disputes by 1/31/2008. Further Status hearing set for Monday, 2/4/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.