**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Group One Trading LP

                Plaintiff,

v.

                                    Case No.: 1:07–cv–06881
                                    Honorable Virginia M. Kendall

Lauren DeLuca, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge Virginia M. Kendall : At counsel's agreed request, the 2/4/08 Status Hearing that was set at this morning's call is stricken and reset to Monday, 2/11/2008 at 09:00 AM. The 1/31/08 deadline to comply with Judge Kendall's standing order regarding electronic discovery disputes stands as set. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.