**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Group One Trading LP

                         Plaintiff,

v.                                                   Case No.: 1:07−cv−06881
                                                   Honorable Virginia M. Kendall

Lauren DeLuca, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Settlement Conference set for 4/14/2008 at 02:00 PM. The parties are directed to refer to Judge Kendall's "Instructions for Settlement Conference," found on www.ilnd.uscourts.gov and comply with its directives before appearing at the settlement conference. The Status hearing previously set for 9:00 AM on 4/14/08 has been stricken. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.